IN THE UNITED STATE DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

TERRY THOMPSON
PLAINTIFF, PRO-SE

v.   CASE NO: ELH-18-1022

SADA ASRAT'S ET AL.,
DEFENDANTS

* * * * * * * * * * * * *

August 16, 2020

## PLAINTIFF NOTICE OF APPEAL

PLAINTIFF TERRY THOMPSON HEREBY RESPECTFULLY SUBMITS THIS "NOTICE OF APPEAL", AND PURSUANT TO FED. R. CIV. P. (3)(D) AND PURSUANT TO FED. R. CIV. P. (4)(A)(1-3) TO THE CLERK, DISTRICT COURT.

449031-455004

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT ON THE 16TH OF DAY AUGUST 2020, A COPY OF THE PLAINTIFF "NOTICE OF APPEAL" WAS MAILED FIRST CLASS, POSTAGE PRE-PAID TO:

PATRICIA BEALL
600 BALTIMORE AVE, SUITE #305
TOWSON, M.D. 21204

449031, 455004